**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LYNN E. TALLEY, D.O., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTIANA CARE HEALTH SYSTEM, )<br>)<br>Defendant. ) | Civil Action No. 17-926-CJB |

## ORDER

At Wilmington, Delaware this **9th** day of **October, 2019**:

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that:

1. Defendant's Motion for Summary Judgment, (D.I. 126), is GRANTED.

2. Judgment is hereby entered FOR DEFENDANT and AGAINST PLAINTIFF.

3. The Clerk of the Court is directed to CLOSE this case.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE